722 A.2d 1053

**Larry A. WITTIG, Appellant,**

v.

**Michael F. RUDELITCH and Lori A. Rudelitch.**

**Michael F. Rudelitch and Lori A. Rudelitch**

v.

**Larry A. Wittig, Douglas R. Haas and Denise Haas, Appellants.**

Supreme Court of Pennsylvania.

Jan. 28, 1999.

James R. Nanovic, Jim Thorpe, for Larry A. Wittig.

William G. Schwab, Lehighton, for Michael & Lori Rudelitch.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 28th day of January, 1999, the appeals are dismissed as having been improvidently granted.